IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
Montgomery County DIVISION

RECEIVED
2023 JUN 20 A 11: 51
TREY GRANGER, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Kenita Dickerson )
Madesa Dickerson )
_____ )
Plaintiff(s), ) CIVIL ACTION NO.
) 2:23-CV-388-MHT-CWB
) JURY DEMAND (MARK ONE)
)
v. ) ☒ YES   ☐ NO
Noland Hospital and State of )
1725 Pine Street   Alabama )
Montgomery, AL 36106 )
Defendant(s).

## COMPLAINT

1. Plaintiff(s)' address and telephone number: Kenita Dickerson 65 W. 90th St. #14E NY, NY 10024
Madesa Dickerson 4120 Hutchinson River Parkway East #9C Bronx NY. 10475.

2. Name and address of defendant(s): Hospital Administrators Noland Hospital 1725 Pine Street Montgomery, AL 36106

3. Place of alleged violation of civil rights: Noland Hospital at Location 1725 Pine Street, Montgomery AL (5TH Floor) 36108

4. Date of alleged violation of civil rights: June 14, 2021 to July 9, 2021

5. State the facts on which you base your allegation that your constitutional rights have been violated: See attached detailed letter

   • 3 point restraints of Mr. Kenneth Dickerson
   • Withholding medical records non compliance of HIPPA laws - after these were requested.
   • refusal of written treatment plan.

1

6. Relief requested: See attached Letter of Complaint.

Date: June 10, 2023

Kenita Dickerson

Plaintiff(s) Signature

Dickerson
65 W. 90TH St #14E
NY, NY 10024



7020 0090 0002 1478 5829





RDC 99    36104

U.S. POSTAGE PAID
FCM LG ENV
NEW YORK, NY
10024
JUN 13, 23
AMOUNT
$6.37
R2304H109687-1

Office of the Clerk
United States District Court
Middle District of Alabama
1 Church Street, Suite B-110
Montgomery, AL 36104.4018