IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **KENITA DICKERSON and** | ) | |
| **MADESA DICKERSON,** | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:23cv388-MHT |
| | ) | (WO) |
| **NOLAND HOSPITAL and STATE** | ) | |
| **OF ALABAMA,** | ) | |
| | ) | |
| Defendants. | ) | |

## OPINION

Plaintiffs filed this lawsuit asserting that defendant Nolan Hospital had neglected its elderly patients and failed to consult their family members before performing medical procedures. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiffs' case be dismissed. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 19th day of December, 2023.

                                          /s/ Myron H. Thompson
                                    **UNITED STATES DISTRICT JUDGE**